UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONALD CANTRELL,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security Administration,

    Defendant.

_____/

No. C 04-0645 PJH

**BRIEFING ORDER**

On April 11, 2005, the court granted in part and denied in part plaintiff's motion for summary judgment and remanded the matter for further proceedings before the administrative law judge ("ALJ"). Subsequently, on September 16, 2005, the court granted in part and denied in part plaintiff's counsel's request for fees under the Equal Access to Justice Act ("EAJA"). On March 30, 2009, nearly four years since this court's order and judgment, plaintiff's counsel has filed a motion for attorney's fees pursuant to 42 U.S.C. § 406(b)(1)(A).

Defendant is ORDERED to file and serve his opposition to plaintiff's motion **no later than Wednesday, April 22, 2009.** Plaintiff's reply is due **no later than Wednesday, May 6, 2009.** The court will decide the motion on the papers.

**IT IS SO ORDERED.**

Dated: April 1, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge